CARSON CITY DISTRICT ATTORNEY
Jason D. Woodbury, Esq.
NV Bar No. 6870
Adam Tully, Esq.
NV Bar No. 13601
885 East Musser Street, Suite 2030
Carson City, NV 89701
T: (775) 887-2070
F: (775) 887-2129
jwoodbury@carson.org
atully@carson.org
*Attorneys for Defendant Carson City*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MASTON CRAPPS and KATHERINE CARTER,<br><br>Plaintiffs,<br><br>v.<br><br>CARSON CITY, NEVADA, a consolidated municipality and political subdivision of the State of Nevada; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  3:22-cv-00379-ART-CSD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CARSON CITY TO RESPOND TO PLAINTIFFS' COMPLAINT [ECF No. 1]**<br><br>**(First Request)** |

Defendant Carson City, Nevada ("City"), by and through its counsel, Jason D. Woodbury, Caron City District Attorney, and Adam Tully, Deputy District Attorney, and Plaintiffs Matson Crapps and Katherine Carter, by and through their counsel, Mark Forsberg, Esq. and Oshinski & Forsberg, Ltd., respectfully submit this Stipulation to Extend Time for Defendant Carson City to Respond to Plaintiffs' Complaint [ECF No. 1] ("Stipulation"). This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2, and LR 7-1. This is the first request to extend the deadline for the City to file a response to Plaintiffs'

Complaint [ECF No. 1], served on August 29, 2022, from September 19, 2022, to **October 13, 2022**.

The power to control litigation to which the City is a party ultimately rests with the City's elected Board of Supervisors ("Board"). *See* NRS 244.165; *see also* NRS 0.0305, 0.033. City's counsel does not anticipate having the opportunity to consult with the Board on this matter until the Board's October 6, 2022, meeting. Therefore, the City has requested, and Plaintiffs have consented to, an extension allowing the City to file its response to Plaintiffs' Complaint on or before October 13, 2022.

THEREFORE, upon agreement of the parties, through their respective counsel, the undersigned respectfully request that this Court grant an extension of time permitting the City to file its response to Plaintiffs' Complaint [ECF No. 1] on or before October 13, 2022.

DATED this 14th day of September, 2022.

| CARSON CITY DISTRICT ATTORNEY | OSHINSKI & FORSBERG, LTD. |
|---|---|
| By:   /s/ Adam Tully, Esq.  <br>Jason D. Woodbury, Esq.<br>NV Bar No. 6870<br>Adam Tully, Esq.<br>NV Bar No. 13601<br>*Attorneys for Defendant Carson City* | By:   /s/ Mark Forsberg, Esq.<br>Mark Forsberg, Esq.<br>NV Bar No. 4265<br>*Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   September 14, 2022