**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MASTON CRAPPS and KATHRINE CARTER, | Case No. 3:22-cv-00379-ART-CSD |
| Plaintiffs, | |
| vs. | **ORDER APPROVING** |
| CARSON CITY, NEVADA, a consolidated municipality and political subdivision of the State of Nevada; and DOES 1-100, inclusive, | **STIPULATION TO EXTEND DEADLINE TO FILE A RESPONSE TO DEFENDANT CARSON CITY, NEVADA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |
| Defendants. | **(First Request)** |

In accordance with LR IA 6-1, Plaintiffs Maston Crapps and Kathrine Carter ("Plaintiffs") and Defendant Carson City, Nevada ("Defendant"), by and through their undersigned counsel, stipulate and agree as follows:

1. On October 13, 2022, Defendant filed its Motion to Dismiss Plaintiffs' Complaint [ECF 7].

2. Plaintiffs' deadline to file a response to the motion is October 27, 2022.

3. Plaintiffs request an additional 30 days to file their response to the motion, up to and including **November 28, 2022**. Plaintiffs request this extension in order to address the possible joinder

of other parties asserted by Defendant to be necessary and to otherwise address the complex issues raised in the Motion to Dismiss, with or without the additional parties.

4. Defendant does not oppose Plaintiffs' requested extension.

5. Accordingly, Plaintiffs will file their response to Defendant's motion no later than **November 28, 2022**.

6. This is the first stipulation for an extension of time to file a response to Defendant's motion. This stipulation is not made for purposes of delay.

| OSHINSKI & FORSBERG, LTD. | CARSON CITY DISTRICT ATTORNEY |
|---|---|
| By   Mark Forsberg, Esq.<br>Mark Forsberg, Esq., NSB 4265<br>Rick Oshinski, Esq., NSB 4127<br>504 E. Musser Street, Ste. 202<br>Carson City, NV 89701<br>*Attorneys for Plaintiffs* | By   Adam Tully, Esq.<br>Jason D. Woodbury, Esq.<br>NSB 6870<br>Adam Tully, Esq., NSB 13601<br>885 E. Musser Street, Suite 2030<br>Carson City, NV 89701<br>*Attorneys for Defendant* |
| Dated: October 19, 2022 | Dated October 19, 2022 |

IT IS SO ORDERED.

DATED:  October 20, 2022

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE