**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MASTON CRAPPS and KATHRINE CARTER,<br><br>Plaintiffs,<br><br>v.<br><br>CARSON CITY, NEVADA, a consolidated municipality and political subdivision of the State of Nevada; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:22-cv-00379-ART-CSD<br><br>**ORDDER APPROVING STIPULATION TO EXTEND TIME FOR DEFENDANT TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS [ECF No. 10]**<br><br>**(First Request)** |

Defendant Carson City, Nevada ("City"), by and through its counsel, Jason D. Woodbury, Carson City District Attorney, and Adam Tully, Deputy District Attorney, and Plaintiffs Maston Crapps and Kathrine Carter, by and through their counsel, Mark Forsberg, Esq. and Oshinski & Forsberg, Ltd., respectfully submit this Stipulation to Extend Time for Defendant Carson City to Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss [ECF No. 10] ("Opposition"). This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2, and LR 7-1. The underlying Motion to Dismiss was filed October 13, 2022, [ECF

No. 7], this Court granted the parties' stipulation permitting the Opposition to be filed on or before November 28, 2022, [ECF No. 9], and Plaintiffs filed the Opposition on November 21, 2022, [ECF No. 10]. This is the first request to extend the deadline for the City to file a reply to the Opposition from November 28, 2022 to **December 5, 2022**.

Due to the upcoming Thanksgiving and Family Day holidays, the City has only three business days to prepare a reply to the Opposition. The City has requested an additional seven days to file its reply to the Opposition to permit City's counsel sufficient time to adequately address the Opposition. Plaintiffs have consented to an extension allowing the City to file its reply to the Opposition on or before December 5, 2022.

THEREFORE, upon agreement of the parties, through their respective counsel, the undersigned respectfully request that this Court grant an extension of time permitting the City to file its reply to Plaintiffs' Opposition [ECF No. 10] on or before December 5, 2022.

DATED this 22nd day of November, 2022.

| CARSON CITY DISTRICT ATTORNEY | OSHINSKI & FORSBERG, LTD. |
|---|---|
| By: __/s/ Adam Tully, Esq.__<br>Jason D. Woodbury, Esq.<br>NV Bar No. 6870<br>Adam Tully, Esq.<br>NV Bar No. 13601<br>*Attorneys for Defendant Carson City* | By: __/s/ Mark Forsberg, Esq.__<br>Mark Forsberg, Esq.<br>NV Bar No. 4265<br>*Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: November 23, 2022

-2-