# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MASTON CRAPPS, et al.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CARSON CITY, NEVADA,<br><br>　　　　　　　Defendant. | 3:22-cv-00379-ART-CSD<br><br>**ORDER** |

The parties have failed to submit their Stipulated Discovery Plan and Scheduling Order. The parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Friday, January 20, 2023.**

**IT IS SO ORDERED.**

DATED: January 4, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1