CARSON CITY DISTRICT ATTORNEY
Jason D. Woodbury, Esq.
NV Bar No. 6870
Adam Tully, Esq.
NV Bar No. 13601
885 East Musser Street, Suite 2030
Carson City, NV 89701
T: (775) 887-2070
F: (775) 887-2129
jwoodbury@carson.org
atully@carson.org
*Attorneys for Defendant Carson City*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MASTON CRAPPS and KATHRINE CARTER,<br><br>Plaintiffs,<br><br>v.<br><br>CARSON CITY, NEVADA, a consolidated municipality and political subdivision of the State of Nevada; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:22-cv-00379-ART-CSD<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

In accordance with FRCP 41 and LR 7-1, Defendant Carson City, Nevada and Plaintiffs Maston Crapps and Kathrine Carter, which may be referred to individually as "Party" and collectively as "Parties", by and through their undersigned counsel, stipulate as follows:

1. The Plaintiffs' Complaint alleged Ash Canyon Road—as it traverses Carson City Assessor's Parcel Number ("APN") 007-091-28 ("Plaintiffs' Parcel"), APN 007-610-02 ("Defendant's Parcel"), and APN 007-101-09 ("State Parcel")—is a R.S. 2477 right-of-

1 | way ("R.S. 2477 Claim").

2 |     2.    This Court's Order Granting Defendant's Motion to Dismiss (ECF No. 7) Without Prejudice [ECF No. 22] held the State of Nevada is not a necessary party to the R.S. 2477 Claim.

    3.    The Parties acknowledge that Ash Canyon Road, as it traverses Plaintiffs' Parcel, Defendant's Parcel, and the State Parcel, is a R.S. 2477 right-of-way.

    4.    The above-captioned action should be dismissed with prejudice, by order of the Court, pursuant to the Settlement Agreement attached as Exhibit 1, which the Parties respectfully request be incorporated into this Stipulation and Order to Dismiss with Prejudice.

    5.    Each Party should bear their own attorneys' fees and costs.

/ / /

THEREFORE, the Parties respectfully request an order that:

A. Ash Canyon Road, as it traverses Plaintiffs' Parcel, Defendant's Parcel, and the State Parcel, is a R.S. 2477 right-of-way;

B. This action be dismissed with prejudice as to all claims, causes of action, and Parties pursuant to the Settlement Agreement, incorporated herewith, with each Party bearing their own attorney's fees and costs.

DATED this 22nd day of May, 2024.

CARSON CITY DISTRICT ATTORNEY

By: */s/ Adam Tully*
Jason D. Woodbury, Esq.
NV Bar No. 6870
Adam Tully, Esq.
NV Bar No. 13601
*Attorneys for Defendant Carson City*

OSHINSKI & FORSBERG, LTD.

By: */s/ Mark Forsberg*
Mark Forsberg, Esq.
NV Bar No. 4265
*Attorneys for Plaintiffs*

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES JUDGE

DATED: _____